UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD M. TAYLOR and LESLIE TAYLOR,<br>  Plaintiffs<br><br>v.<br><br>NEXL SPORTS PRODUCTS, also known as<br>NEXL SPORTS HELMETS,<br>  Defendant | C.A. NO. 03CV12600WGY |

## NOTICE OF APPEARANCE

Now comes the undersigned, and hereby enters his appearance as counsel for the above-captioned Defendant, NexL Sports Products, also known as NexL Sports Helmets.

Respectfully submitted,

_____
William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, Fifth Floor
Boston, MA 02110
(617) 292-2300

Dated: 2-3-04

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

# BURKE & McMENIMEN P.C.
ATTORNEYS AT LAW
THIRTY-FIVE INDIA STREET, FIFTH FLOOR
BOSTON, MASSACHUSETTS 02110
TEL: (617) 292-2300   FAX: (617) 457-5772

WILLIAM F. BURKE
BRIAN J. McMENIMEN
CHRISTINE M. TYNAN
JOSEPH A. MERLINO

February 3, 2004

Clerk, Civil
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02110

Re:   <u>Edward M. Taylor and Leslie Taylor</u> v. <u>NexL Sports Products, also known as NexL Sports Helmets</u>
      <u>Civil Action No. 03CV12600WGY</u>
      <u>Our File No. 2798</u>

Dear Sir/Madam:

In connection with the above-captioned matter, enclosed kindly find my Notice of Appearance, Defendant's Answer to Plaintiffs' Amended Complaint, and Defendant's Local Rule 7.3 Corporate Disclosure Statement.

Please file same.  Thank you.

Very truly yours,

William F. Burke
Direct Dial: (617) 457-5755

WFB/cmt

Enclosures

cc:   Joseph S. Provanzano, Esq.