UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDWARD M. TAYLOR and LESLIE TAYLOR,
  Plaintiffs

v.

NEXL SPORTS PRODUCTS, also known as
NEXL SPORTS HELMETS,
  Defendant

C.A. NO. 03CV12600WGY

## DEFENDANT'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Now comes the Defendant, NexL Sports Products, also known as NexL Sports Helmets, by and through its attorney, and discloses that it is a California limited liability corporation with a principal place of business at 121 Aviation Way, Watsonville, California.

Respectfully submitted,
DEFENDANT, NEXL SPORTS PRODUCTS,
ALSO KNOWN AS NEXL SPORTS
HELMETS,
By its Attorney,

William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, Fifth Floor
Boston, MA 02110
(617) 292-2300

Dated: 2-3-04