UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

EDWARD M. TAYLOR and LESLIE TAYLOR,
    Plaintiffs

v.

NEXL SPORTS PRODUCTS, also known as
NEXL SPORTS HELMETS,
    Defendant

---

C.A. NO. 03CV12600WGY

## CERTIFICATION PURSUANT TO L.R. 16.1 (D)(3)

Counsel of record for the Defendant, NexL Sports Products, also known as NexL Sports Helmets, hereby certifies that he has conferred with the Defendant and/or its authorized representative regarding:

1)    establishing a budget for the costs of conducting the full course of litigation; and

2)    the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Gil Williams
Authorized Representative of NexL
Sports Products, also known as NexL
Sports Helmets

Dated: 2/6/04

_____
William F. Burke

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail/hand on 2-11-04
_____