AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Edward M. Taylor and
Leslie Taylor,
                V.

NexL Sports Products,
also known as NexL Sports
Helmets,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 1 2 6 0 0 WGY**

TO: (Name and address of Defendant)

NexL Sports Products
121 Aviation Way
Watsonville, California 95076

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph S. Provanzano
16 Bourbon Street
Peabody, MA 01960

an answer to the complaint which is served on you with this summons, within **12/19/2003** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                                        12-24-03

CLERK

(By) DEPUTY CLERK

P09-1423

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Accepted by Counsel for Defendant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-9-04
             Date

Signature of Server — Attorney for Defendant

35 India St
Boston, MA 02110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


(B09/1423)