SCANNED
DATE 07/28/04
BY [signature]

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2004 JUL 28 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EDWARD M. TAYLOR, and          *
LESLIE TAYLOR,                 *
                               *
              Plaintiffs,      *
                               *    CIVIL ACTION NUMBER
     -- vs. --                 *
                               *    03 CV 12600 NMG
NEXL SPORTS PRODUCTS,          *
also known as NEXL SPORTS HELMETS, *
                               *
              Defendant.       *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1 [D] [3]

Counsel of record for the Plaintiffs, Edward M. Taylor and Leslie Taylor, hereby certifies that he has conferred with the Plaintiffs regarding

1.) establishing a budget for the costs of conducting the full course of litigation, as concerns this case; and

2.) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Edward M. Taylor,
By: [signature]
Edward M. Taylor

Leslie Taylor,
By: [signature]
Leslie Taylor

Respectfully,
Edward M. Taylor,
Leslie Taylor,

LAW OFFICES OF
JOSEPH S. PROVANZANO

Page #2
Monday, July 26, 2004

By Their Attorney,

_____
Joseph S. Provanzano, Esquire
BBO No: 407400
**Law Offices Of
JOSEPH S. PROVANZANO**
16 Bourbon Street, Suite C
Peabody, MA 01960-1338

Telephone : (978) 535 - 8222
Date : Monday, July 26, 2004
File No. : M01-1423

### CERTIFICATE OF SERVICE

I, Joseph S. Provanzano, Esquire, hereby certify under oath and under the pains and penalties of perjury that on Monday, July 26, 2004, I mailed a copy of the above pleading to the Defendant's counsel of record, William F. Burke, Esquire, Burke & McMenimen, P.C., 35 India Street, 5th Floor, Boston, MA 02110, by mailing same, postage prepaid.

Signed and sealed this Monday, July 26, 2004.

_____
Joseph S. Provanzano, Esquire
BBO #407400

**LAW OFFICES OF
JOSEPH S. PROVANZANO**