UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD M. TAYLOR and LESLIE TAYLOR,<br>Plaintiffs<br><br>v.<br><br>NEXL SPORTS PRODUCTS, also known as NEXL SPORTS HELMETS,<br>Defendant | C.A. NO. 03CV12600WGY |

## JOINT MOTION TO EXTEND THE SCHEDULING ORDER DEADLINES

Now come the parties hereto, and respectfully request that this Court extend the deadlines established by the Scheduling Order. As grounds therefore, the parties state as follows:

1. The parties have been attempting to resolve this dispute.

2. In order to conserve time and resources, the parties have conducted limited discovery while attempting to resolve this matter.

4. Although settlement discussions are ongoing, the parties desire to complete discovery and need additional time to complete all necessary discovery.

5. Therefore, the parties respectfully request that this Court adopt the following revised scheduling order

1. All Motions under Fed. R. Civ. P., Rules 56 filed and heard: 8-15-05

2. Disclosure of Experts and Disclosures: 8-15-05

3. Final Pretrial Conference held and/or firm Trial Date set: 11-21-05

4. Case Disposed: 3-15-06

RESPECTFULLY SUBMITTED,

NEXL SPORTS PRODUCTS, also known as NEXL SPORTS HELMETS,
Defendant
By its attorney,

Dated: 7-5-05

William Burke, Esq.
Burke & McMenimen P.C.
35 India St., 5th Floor
Boston, MA 02110
617-457-5752

EDWARD M. TAYLOR and LESLIE TAYLOR,
Plaintiffs
By their attorney,

Joseph S. Provanzano, Esq.
BBO No. 407400
Law Offices of Joseph S. Provanzano
16 Bourbon St., Suite C
Peabody, MA 01960-1338
978-535-8222

Dated: 7-5-05

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 7-5-05

2