UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD M. TAYLOR<br>and LESLIE TAYLOR<br><br>Plaintiffs,<br><br>v.<br><br>NEXL SPORTS PRODUCTS a/k/a<br>NEXL SPORTS HELMETS.<br><br>Defendant. | CIVIL ACTION<br>NO.: 03-CV-12600-NMG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Edward F. Whitesell, Jr. of Adler Pollock & Sheehan PC as an attorney of record for Defendant, NexL Sports Products, in the above-captioned action.

NEXL SPORTS PRODUCTS a/k/a
NEXL SPORTS HELMETS,
By their Attorneys,

/s/ Edward F. Whitesell, Jr.
William F. Burke, (BBO #065780)
Edward F. Whitesell, Jr. (BBO #644331)
ADLER POLLOCK & SHEEHAN, P.C.
175 Federal Street
Boston, MA 02110
(617) 482-0600
Fax: (617) 482-0604

DATED: August 16, 2005

*342341_1*