UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWARD M. TAYLOR<br>and LESLIE TAYLOR,<br><br>          Plaintiffs,<br><br>v.<br><br>NEXL SPORTS PRODUCTS a/k/a<br>NEXL HELMET SPORTS,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO.: 03-CV-12600-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for William F. Burke, attorney for Defendant, NexL Sports Products, has changed as follows:

> William F. Burke, Esq.
> Adler Pollock & Sheehan P.C.
> 175 Federal Street
> Boston, MA 02110
> Tel.   (617) 482-0600
> Fax   (617) 482-0604

> Respectfully submitted,

> /s/ Edward F. Whitesell, Jr.
> William F. Burke, (BBO #065780)
> Edward F. Whitesell, Jr. (BBO #644331)
> **ADLER POLLOCK & SHEEHAN P.C.**
> 175 Federal Street
> Boston, MA 02110
> (617) 482-0600
> Fax: (617) 482-0604

Dated: August 16, 2005

*342340_1*