**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
          Plaintiff(s)
                                                                                    CIVIL ACTION
       V.
                                                                                    NO. _____
_____
          Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[  ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[  ]   On _____ I held the following ADR proceeding:

          SCREENING CONFERENCE          EARLY NEUTRAL EVALUATION
          MEDIATION                                SUMMARY BENCH / JURY TRIAL
          MINI-TRIAL                                 SETTLEMENT CONFERENCE

All parties were represented by counsel  [except _____]
The parties were     /were not      present in person or by authorized corporate officer [except _____].
The case was:

[  ]   Settled.  Your clerk should enter a _____ day order of dismissal.

[  ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[  ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[  ]   Suggested strategy to facilitate settlement:


_____                                                   _____
        DATE

(ADRReportforpdf.wpd  - 4/12/2000)