UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EDWARD M. TAYLOR, and   and   \*
LESLIE TAYLOR,                \*
                              \*
          Plaintiffs,         \*
                              \*   CIVIL ACTION NUMBER
          -- vs. --           \*
                              \*   03 CV 12600 NMG
NEXL SPORTS PRODUCTS,         \*
also known as NEXL SPORTS HELMETS, \*
                              \*
          Defendant.          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' ASSENTED TO
## MOTION TO CHANGE TIME OF SCHEDULING CONFERENCE

1. ]   Now come the Plaintiffs, EDWARD M. TAYLOR and LESLIE TAYLOR, by their counsel of record and MOVE this Honorable Court to change the time of the presently scheduled SCHEDULING CONFERENCE on Wednesday, January 04, 2006, from 2:00 p.m. to 4:00 p.m., for the reasons stated herein after.

2. ]   In support of this Motion, the Plaintiffs argue and state as follows:

   a. ]   That this Motion is Assented to by counsel for the Defendants and the Clerk of Court has indicated that this time change is acceptable to the Court; and

   b. ]   That counsel of record for the Plaintiffs has previously scheduled oral Depositions scheduled for the same date and has moved them to a time earlier, so that this time change is necessary in order for counsel of record for the Plaintiffs to appear and be present at this Court appearance.

Respectuflly,

LAW OFFICES OF
JOSEPH S. PROVANZANO

*[Handwritten in margin: ALLOWED to 4/4/06 at 4:30 pm /s/ RBC ; stamp: JAN -4 2006]*

Page #2
Tuesday, January 03, 2006

Edward M. Taylor,
Leslie Taylor,
By Their Attorney,

_____
Joseph S. Provanzano, Esquire
BBO No.: 407400
Law Offices Of
JOSEPH S. PROVANZANO
16 Bourbon Street, Suite C
Peabody, MA 01960-1338

Telephone   : (978) 535 - 8222
Date        : Tuesday, January 03, 2006
File No.    : M01-1423

ASSENTED TO:

Respectuflly,
NEXL SPORTS PRODUCTS, also known as
NEXL SPORTS HELMETS,
By Its Attorneys,

_____
William F. Burke, Esquire
BBO No.: 065780
Edward F. Whitesell, Esquire
BBO No.: 644331
Adler Pollock & Sheehan, P.C.
175 Federal Street
Boston, MA 02110-2890

Telephone   : (617) 482 - 0600

## CERTIFICATE OF SERVICE

I, Joseph S. Provanzano, Esquire, hereby certify under oath and under the pains and

penalties of perjury that on Tuesday, January 03, 2006, I mailed, and filed electronically, at

"ECFnotice@mad.uscourts.gov" and "CourtCopy@mad.uscourts.gov", a copy of the above

pleading to the Defendant, via the Defendant's counsel of record, Edward F. Whitesell, Esquire,

and William F. Burke, Esquire, at Adler Pollock & Sheehan, P.C., 175 Federal Street, in Boston,

**LAW OFFICES OF
JOSEPH S. PROVANZANO**

Page #3
Tuesday, January 03, 2006

MA 02110-2890, at "www.ewhitesell@apslaw.com"; "wburke@bmplegal.com"; and by mailing same, postage prepaid. Signed and sealed this Tuesday, January 03, 2006.

_____
Joseph S. Provanzano, Esquire
BBO # 407400