# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

EDWARD M. TAYLOR and
LESLIE TAYLOR,
    Plaintiffs,

v.

NEXL SPORTS PRODUCTS,
a/k/a NEXL SPORTS HELMETS,
    Defendant.

CIVIL ACTION NO:
03-12600-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

Counsel have advised that the above-styled case has settled.

Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Wednesday, June 7, 2006.**

                          /s/ *Robert B. Collings*
                          ROBERT B. COLLINGS
                          United States Magistrate Judge

May 9, 2006

Copy to All Counsel