UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2006 JUN -9 P 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS

EDWARD M. TAYLOR
and LESLIE TAYLOR,

    Plaintiffs,

v.

NEXL SPORTS PRODUCTS a/k/a
NEXL HELMET SPORTS,

    Defendant.

CIVIL ACTION
NO.: 03-CV-12600-NMG

## STIPULATION OF DISMISSAL

The parties in the above-captioned action, by and through their counsel, do hereby stipulate that said action against the above-named defendant be dismissed as to all counts amongst the parties, with prejudice, without interest or costs, and with all rights of appeal being hereby waived.

| | |
|---|---|
| Plaintiffs EDWARD M. TAYLOR and LESLIE TAYLOR, By their attorney, | Defendant NEXL SPORTS PRODUCTS a/k/a NEXL HELMET SPORTS By its attorney, |
| *[signature]* <br> Joseph Provenzano, Esq. <br> BBO No. 407400 <br> 16 Bourbon Street, Suite C <br> Peabody, MA 01960 <br> (978) 535-8222 | *[signature]* <br> William F. Burke <br> BBO No. 065780 <br> Edward F. Whitesell, Jr. <br> BBO #644331 <br> Adler, Pollock & Sheehan, P.C. <br> 175 Federal Street <br> Boston, MA 02110 <br> (617) 482-0600 |

Dated: 6/8/06

*380436_1*